ATTORNEY GRIEVANCE
COMMISSION OF MARYLAND

v.

BRYAN KEITH MARSHALL

\*    IN THE

\*    SUPREME COURT

\*    OF MARYLAND

\*    AG No. 36

\*    September Term, 2024

# O R D E R

Upon consideration of the joint petition for an indefinite suspension of the respondent from the practice of law, it is this 27th day of January 2025, by the Supreme Court of Maryland,

ORDERED that the joint petition is granted and, effective immediately, the respondent, Bryan Keith Marshall, is indefinitely suspended from the practice of law in the State of Maryland for violation of Rules 19-301.1, 19-3.01.3, 19-304.4(a) and (b), 19-301.16(a) and (d), 19-308.1(a) and (b), and 19-308.4(a) of the Maryland Attorneys' Rules of Professional Conduct; and it is further

ORDERED that Respondent shall pay $1,018.35 to the Attorney Grievance Commission as reimbursement for costs associated with this matter; and it is further

ORDERED that the Clerk of this Court shall strike the name of Bryan Keith Marshall from the register of attorneys in the Court and certify that fact to the Trustees of the Client Protection Fund of the Bar of Maryland and all Clerks of all judicial tribunals in this State in accordance with Maryland Rule 19-761.

Pursuant to the Maryland Uniform Electronic Legal Materials Act (§§ 10-1601 et seq. of the State Government Article) this document is authentic.



Gregory Hilton, Clerk



/s/ Matthew J. Fader
Chief Justice